```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 21, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SANDY GRACIANO,** *on behalf of himself and all other persons similarly situated*,

                **Plaintiff,**

    -against-

**DAME PRODUCTS INC.,**

                **Defendant.**

**21-cv-7082 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated:   December 21, 2021
           New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**